# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| DENISE NELSON, | ) | CASE NO. 8:20-cv-14 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ETHICON, INC. and JOHNSON & JOHNSON, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Defendants' Motion for Withdrawal of Counsel regarding William M. Gage and Christy D. Jones of the law firm Butler Snow ([Filing No. 68](#)). The Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED that the Motion for Withdrawal of Counsel ([Filing No. 68](#)) is granted. William M. Gage and Christy D. Jones are deemed withdrawn as counsel for Ethicon, Inc., and Johnson & Johnson and shall no longer receive electronic notice in this case.

DATED this 27th day of January, 2020.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge