IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DENISE NELSON, | ) | CASE NO. 8:20-cv-14 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ETHICON, INC. and JOHNSON & JOHNSON, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Defendants' Motion for Withdrawal of Counsel regarding Molly E. Flynn, Melissa A. Merk, and Rebecca L. Trela of the law firm Drinker Biddle & Reath ([Filing No. 69](#)). The Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED that the Motion for Withdrawal of Counsel ([Filing No. 69](#)) is granted. Molly E. Flynn, Melissa A. Merk, and Rebecca L. Trela are deemed withdrawn as counsel for Ethicon, Inc., and Johnson & Johnson and shall no longer receive electronic notice in this case.

DATED this 27th day of January, 2020.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge