IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DENISE NELSON, | |
|---|---|
| Plaintiff, | 8:20CV14 |
| vs. | |
| ETHICON, INC., and JOHNSON & JOHNSON, | ORDER |
| Defendants. | |

**IT IS ORDERED** that the motions to withdraw ([Filing No. 83](); [Filing No. 84]()) are granted. Christine V. Clarke, Thomas R. Kline, and Michelle L. Tiger are granted leave to withdraw as counsel for the plaintiff. The Clerk of Court shall terminate the show cause deadlines for the withdrawing attorneys.

Dated this 10th day of February, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge