IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE NELSON,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>Defendants. | **8:20CV14**<br><br>**ORDER** |

Marc E. Williams and Deborah A. Moeller are listed as counsel of record for dismissed defendants Tissue Science Laboratories Limited and C. R. Bard, Inc. The court's records show the Office of the Clerk of Court sent notices to each of those attorneys on January 27, 2020, directing the attorneys to register for admission to practice in this court and register for the system within fifteen days. (Filing Nos. 77 and 78). As of February 13, 2020, the attorneys had not complied with the request set forth in the notices from the Clerk. The Court therefore directed the attorneys to comply with the requests in the notice from the Clerk or show cause why they could not comply with the rules of the court by February 24, 2020. The attorneys did not respond to the court's order or register in accordance with the letters. Accordingly,

**IT IS ORDERED:** Marc E. Williams and Deborah A. Moeller are stricken as attorneys of record for the defendants. Said attorneys may apply to be readmitted as an attorney of record only after registering for admission to practice in this court. The Clerk of Court shall terminate Marc E. Williams and Deborah A. Moeller as counsel of record and terminate notice to them in this case.

Dated this 27th day of February, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge