**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **DENISE NELSON,** | |
| **Plaintiff,** | **8:20CV14** |
| **vs.** | **ORDER** |
| **ETHICON, INC., and JOHNSON &** **JOHNSON,** | |
| **Defendants.** | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1.  On or before **May 29, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 28th day of April, 2020.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge